Jeremy Pasternak (State Bar No. 181618)
Deanna L. Maxfield (State Bar No. 291913)
LAW OFFICES OF JEREMY PASTERNAK
354 Pine Street, Fifth Floor
San Francisco, CA  94104
Telephone:  (415) 693-0300
Facsimile:  (415) 693-0393
Email:  jdp@pasternaklaw.com
Email:  dm@pasternaklaw.com

Attorneys for Plaintiff
ASHLEIGH GODDARD

Angel R. Sevilla (State Bar No. 239072)
Adam Truong (State Bar No. 318896)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California  94111
Telephone:  (415) 394-9400
Facsimile:  (415) 394-9401
Email:  angel.sevilla@jacksonlewis.com
Email:  adam.truong@jacksonlewis.com

Attorneys for Defendant
WELLINGTON EXTERMINATORS, INC.
DBA DISCOVERY PEST CONTROL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEIGH GODDARD, an individual,<br><br>        Plaintiff,<br><br>  vs.<br><br>WELLINGTON EXTERMINATORS, INC., a California Corporation, individually and d/b/a/ DISCOVERY PEST CONTROL; and Does 1 to 20, inclusive,<br><br>        Defendants. | Case No.  3:21-cv-01675 (EMC)<br><br>ORDER<br>**JOINT STIPULATION TO DISMISS WITH PREJUDICE**<br><br>Date Complaint Filed: 04/08/2021<br>Trial Date: 06/26/2023 |

Plaintiff ASHLEIGH GODDARD and Defendant WELLINGTON EXTERMINATORS, INC., individually and d/b/a/ DISCOVERY PEST CONTROL, by and through their counsel of record, respectfully submit this Joint Stipulation for Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41, subsection (a)(1)(A)(ii). The parties agree that this Joint Stipulation disposes of Plaintiff's complaint against Defendant and that each party shall bear their own attorneys' fees and costs. This Joint Stipulation is dismissing with prejudice all alleged and related claims as set forth in the Complaint.

Dated: January 3, 2022           JACKSON LEWIS P.C.

                                 By:  /s/ Angel R. Sevilla
                                      Angel R. Sevilla
                                      Adam Truong
                                      Attorneys for Defendant
                                      WELLINGTON EXTERMINATORS,
                                      INC. dba DISCOVERY PEST
                                      CONTROL

Dated: January 3, 2022           LAW OFFICES OF JEREMY PASTERNAK

                                 By:  /s/ Deanna L. Maxfield
                                      Jeremy Pasternak
                                      Deanna Maxfield
                                      Attorneys for Plaintiff
                                      ASHLEIGH GODDARD



IT IS SO ORDERED
Judge Edward M. Chen
Dated: 1/12/2022

DECLARATION OF CONSENT

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Defense Counsel Angel R. Sevilla.

DATED: January 3, 2022          */s/ Deanna L. Maxfield*
                                Deanna L. Maxfield